UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL ARGEN and SURENDER MALHAN, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID KATZ, <br><br> Defendant. | Civil Action No. <br><br> 18-963 (SDW) (LDW) <br><br><br> **ORDER** |

**THIS MATTER** having recently been appealed to the United States Court of Appeals for the Third Circuit, and

**WHEREAS** on January 29, 2020, the Court directed the parties to submit letters proposing a schedule for discovery on plaintiffs' sole remaining claim (ECF No. 69); and

**WHEREAS** on February 4, 2020, plaintiffs filed a notice of appeal from the Court's January 28, 2020 order denying plaintiffs' motion for injunctive relief (ECF No. 71); and

**WHEREAS** on February 10, 2020, defense counsel inquired about the need for a proposed discovery schedule given plaintiffs' notice of appeal (ECF No. 73); and

**WHEREAS** "[t]he filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal[,]" *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982);

**IT IS** on this day, February 13, 2020:

**ORDERED** that the Court's request for letters regarding discovery is stayed pending plaintiffs' appeal before the Third Circuit.

Hon. Leda Dunn Wettre
United States Magistrate Judge